## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ERWIN GRAMPP, derivatively on behalf of
JBI, INC.,

        Plaintiff,

    vs.

JOHN BORDYNUIK and RONALD C.
BALDWIN, JR.,

        Defendants,

   and

JBI, INC.

        Nominal Defendant.

Civil Action No.: 1:13-cv-11906-MLW

### PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(c) AND 41(a)

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Erwin Grampp ("Plaintiff") by and through his respective counsel, respectfully request that the Court enter an Order granting Plaintiff's request to voluntarily dismiss this action with prejudice. This request is unopposed by Individual Defendants, John Bordynuik and Ronald C. Baldwin, Jr., and the Nominal Defendant, JBI, Inc. (collectively "Defendants"). In support of this motion, Plaintiff states as follows:

1.      On August 9, 2013, Plaintiff filed his Verified Shareholder Derivative Complaint in this action.  (Doc. #1.)

2.      On October 11, 2013, the Individual Defendants filed their Motion to Dismiss the Complaint (Doc. # 15).

3.      On June 21, 2014, the Court granted the Plaintiff leave to file an amended complaint.  (Doc. #48.).

4.      On June 24, 2014, the Plaintiff filed an Amended Shareholder Derivative Complaint.  (Doc. #49.)

5.      On July 28, 2014, the Individual Defendants filed a Motion to Dismiss the Amended Complaint. (Doc. #53.)

6.      On September 22, 2015, the Court issued a memorandum and order denying the Motion to Dismiss without prejudice.  (Doc. #63.)

7.      Defendants have not filed an answer or a motion for summary judgment in this action.

8.      Plaintiff seeks to voluntarily dismiss this action with prejudice.  No Defendant in this action has entered into a settlement with Plaintiff in connection with this voluntary dismissal and neither Plaintiff nor his counsel have received, nor will receive any form of consideration from any Defendant.

9.      Counsel for the parties have conferred and agree that each party shall bear its own costs.

10.     While Plaintiff is seeking to dismiss this action, it is Plaintiff's understanding that Defendants shall seek a stay of proceedings to conserve the parties' and the Court's time and resources.

11.     Plaintiff respectfully submits that notice of the dismissal under Rule 23.1 of the Federal Rules of Civil Procedure is unnecessary, because dismissal of the action, if granted, will be reported in JBI's SEC filings.

WHERFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this case with prejudice and further requests that the Order set forth that each side shall bear its own costs and that no notice pursuant to Rule 23.1 is required.

Dated: October 30, 2015

/s/David Pastor\
David Pastor, BBO #391000\
PASTOR LAW OFFICE LLP\
63 Atlantic Avenue, 3rd Floor\
Boston, MA 02110\
(617) 742-9700\
dpastor@pastorlawoffice.com\
*and*\
HYNES KELLER & HERNANDEZ LLC\
Michael J. Hynes (*pro hac vice*)\
Ligaya T. Hernandez (*pro hac vice*)\
Hynes Keller & Hernandez, LLC\
1150 First Avenue\
Suite 501\
King of Prussia, PA 19004\
(610) 994-0292\
mhynes@hkh-lawfirm.com\
lhernandez@hkh-lawfirm.com

*Counsel for Plaintiff*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, David Pastor, hereby certify that on October 30, 2015, counsel for all parties conferred in a good faith attempt to resolve or narrow the issues presented by this motion.  Defendants do not oppose this motion.

/s/ David Pastor

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on October 30, 2015.

/s/ David Pastor

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ERWIN GRAMPP, derivatively on behalf of
JBI, INC.,

                    Plaintiff,

      vs.

JOHN BORDYNUIK and RONALD C.
BALDWIN, JR.,

                    Defendants,

      and

JBI, INC.

                    Nominal Defendant.

Civil Action No.: 1:13-cv-11906-MLW

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(c) AND 41(a)

This matter is before the Court on Plaintiff's Unopposed Motion For Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a).

**IT IS ORDERED** as follows:

1.  Plaintiff's Unopposed Motion seeking dismissal of this action with prejudice as to Plaintiff is GRANTED.

2.  Each side shall bear its own costs.

3.  Notice of the voluntary dismissal of this action is not required.

DATED_____        _____
                                        THE HONORABLE MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE