# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERWIN GRAMPP, derivatively on behalf of JBI, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> JOHN BORDYNUIK and RONALD C. BALDWIN, JR., <br><br>  Defendants, <br><br> and <br><br> JBI, INC., <br><br>  Nominal Defendant. | Civil Action No.: 1:13-cv-11906-MLW |

### JOINT MOTION TO STAY ALL PROCEEDINGS PENDING RULING ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF THIS ACTION

Plaintiff Erwin Grampp, Individual Defendants John Bordynuik and Ronald C. Baldwin, Jr., and Nominal Defendant JBI, Inc. respectfully move for a stay of all proceedings pending a ruling on the Plaintiff's Motion for Voluntary Dismissal of this action. In support of this Joint Motion, the parties state as follows:

1. On August 9, 2013, Plaintiff filed his Verified Shareholder's Derivative Complaint in this action.

2. On October 11, 2013, the Individual Defendants filed their Motion to Dismiss the Complaint (Doc. # 15), making arguments pursuant to Fed R. Civ. P. 9(b) (failure to plead fraud with particularity), Fed. R. Civ. P. 12(b)(1) (ripeness and lack of standing), Fed. R. Civ. P. 12(b)(6) (failure to state a claim and time-barred under the statute of limitations) and Fed. R. Civ. P. 23.1



*ALLOWED.*
*Wolf, D.J.*
*@ Nov. 16, 2015*

US.103093439.01