UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERWIN GRAMPP, derivatively on behalf of JBI, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN BORDYNUIK and RONALD C. BALDWIN, JR.,<br><br>    Defendants,<br><br>and<br><br>JBI, INC.<br>    Nominal Defendant. | Civil Action No.: 1:13-cv-11906-MLW |

### PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(c) AND 41(a)

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff Erwin Grampp ("Plaintiff") by and through his respective counsel, respectfully request that the Court enter an Order granting Plaintiff's request to voluntarily dismiss this action with prejudice. This request is unopposed by Individual Defendants, John Bordynuik and Ronald C. Baldwin, Jr., and the Nominal Defendant, JBI, Inc. (collectively "Defendants"). In support of this motion, Plaintiff states as follows:

  1.  On August 9, 2013, Plaintiff filed his Verified Shareholder Derivative Complaint in this action. (Doc. #1.)

  2.  On October 11, 2013, the Individual Defendants filed their Motion to Dismiss the Complaint (Doc. # 15).

*Allowed. This case is hereby Dismissed with prejudice.*
*Wolf, D.J.*
*Nov. 16, 2015*